IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRADLEY JOSPEH STEIGER, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:19-cv-599-ECM |
| UNITED STATES PROBATION OFFICER - MARCUS SIMMONS, | ) |
| Respondent. | ) |

**MEMORANDUM OPINION and ORDER**

On May 13, 2022, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be dismissed as moot (doc. 28) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED with prejudice as moot.

Done this 14th day of June, 2022.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE